IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00879-WYD-MEH

KRISTIN MCINTOSH,

    Plaintiff,

v.

H N INC., a Colorado corporation, d/b/a WINCHELL'S, and
6801 EAST COLFAX, LLC, a Colorado limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 20, 2012.**

    Plaintiff's Motion for Leave of Court to Amend the Complaint and Incorporated Memorandum of Law [filed June 19, 2012; docket #8] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a)(1)(A), a party may amend its pleading once as a matter of course within 21 days after serving it. Because Defendants have not been served, Plaintiff's Amended Complaint [docket #7] is accepted as filed.