IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00879-WYD-MEH

KRISTIN MCINTOSH,

    Plaintiff,

v.

H N INC., a Colorado corporation, d/b/a WINCHELL'S, and
6801, LLC, a Colorado limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2012.**

    Plaintiff's Motion to Amend Caption [filed June 25, 2012; docket #13] is **granted**. The Clerk of the Court is directed to amend the caption by replacing defendant 6801 East Colfax, LLC with defendant 6801, LLC. In the interest of clarity, the Clerk of the Court shall file Exhibit 1 to Plaintiff's motion [docket #13-1] as the Amended Complaint. The incorrectly captioned Amended Complaint filed on June 14, 2012 [docket #7] is **stricken**.