IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00879-WYD-MEH

KRISTIN MCINTOSH,

    Plaintiff,

v.

H N, INC., a Colorado corporation, d/b/a WINCHELL'S; and
6801, LLC, a Colorado limited liability company,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation of Dismissal with Prejudice (ECF No. 53).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice (ECF No. 53) is **APPROVED**.  This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs, except as otherwise agreed to by the parties.

Dated:  May 3, 2013

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge